UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
SEP 1 4 2011
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

GABRIEL SANCHEZ-LUNA,

          Defendant.

CASE NO. 11CR3338-BEN

**JUDGMENT OF DISMISSAL**
(Rule 48, F.R.Crim.P.)

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice;

____ the Court has dismissed the case for unnecessary delay; or

__X__ the Court has granted the motion of the Government for dismissal without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: __8 USC 1326(a) and (b)__ .

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED: SEPTEMBER 13, 2011

RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____